*[handwritten]* On 3rd Amended Complaint

**SUMMONS**

**(CITACION JUDICIAL)**

SUM-100

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
Superior Court of California
County of Los Angeles

**MAY 22 2024**

David W. Slayton, Executive Officer/Clerk of Court

By: L. Kulkin, Deputy

**NOTICE TO DEFENDANT:** *[handwritten]* Walt Disney Company
**(AVISO AL DEMANDADO):** *[handwritten]* Google Enterprises

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
*[handwritten]* Kenneth Boyman

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: *[handwritten]* 1725 Main Street Santa Monica
(El nombre y dirección de la corte es): *[handwritten]* California 90405 L.A.S.C.

CASE NUMBER:
(Número del Caso): *[handwritten]* 23SMCV04018

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
*[handwritten]* Kenneth Boyman 23838 Pacific Coast Hwy #9L Malibu California 90265

DATE: *[handwritten]* May 22 2024    David W. Slayton, Clerk, by    *[handwritten signature]* Kulkin , Deputy
(Fecha)                              (Secretario)                    (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant:
2. ☐ as the person sued under the fictitious name of (specify):
3. ☑ on behalf of (specify): *Walt Disney Company*
   under: ☑ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Kenneth Boyman 213-2245066 | | |
| 23838 Pacific Coast Highway Unit 91 Malibu CA 90265 | | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>05/22/2024<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _____ E. Sam _____ Deputy |
| TELEPHONE NO.:  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
1725 Main Street SANTA Monica California 90405

PLAINTIFF:
Kenneth Boyman

DEFENDANT:

| **AMENDMENT TO COMPLAINT**<br>(Fictitious/Incorrect Name) | CASE NUMBER:<br>23SMCV04018 |
|---|---|

☐ **FICTITIOUS NAME** *(No Order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint to be:

| FICTITIOUS NAME |
|---|
| |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| |

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OR ATTORNEY |
|---|---|---|
| | | |

☑ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

| INCORRECT NAME |
|---|
| Google Enterprises |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| Google L.L.C. |

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| May 22 2024 | Kenneth Boyman | |

**ORDER**

THE COURT ORDERS the amendment approved and filed.

_05/22/2024_
Dated

Judicial Officer
Elaine W. Mandel / Judge

**AMENDMENT TO COMPLAINT**
(Fictitious / Incorrect Name)

LASC CIV 105 Rev. 09/23<br>For Optional Use

Code of Civ. Proc., §§ 471.5
472, 473, 474

Kenneth Boyman Unit 91
23838 Pacific Coast Highway
Malibu CA 90265
213 224-5066
CityOfAholes @Gmail.com

**FILED**
Superior Court of California
County of Los Angeles

05/07/2024

David W. Slayton, Executive Officer / Clerk of Court

By: _____ E. Sam _____ , Deputy

# Superior Court of California

Kenneth Boyman

VS

Walt Disney Company
Google Enterprises

Case #
2 3SMCV04018

3rd Amended
Complaint

RECEIVED
JAN 31 2024
SUPERIOR COURT
WEST DISTRICT
SANTA MONICA

---------- Forwarded message ----------
From: **Pervertedisney Pervertedisney** <pervertedisney@gmail.com>
Date: Wed, Jan 31, 2024, 10:07 AM
Subject: COMPLAINT case # 23SMCV04018
To: Cityofaholes Cityofaholes <cityofaholes@gmail.com>

1  Dear Your Honor & the people of the court please . Be aware both Defendants Google and the Walt Disney company
2  commit Domestic & Foreign International crimes When both Defendants Removed my video off the internet and
3  replacing it with Their Disney video is a International Internet FCC Crime that violates ALL international FCC Laws Rules &
4  FCC internet Regulations worldwide plaintiffs complaint and plaintiffs reasons I plaintiff am suing both Google and the
5  Walt Disney company defendants unAmerican crimes Committed by both Defendants to plaintiff was a Holocaust of
6  Emotional & Physically getting sick and being hospitalized over the anxiety and trauma These Companies Inflicted upon
7  me plaintiff and I plaintiff respectfully request 200 million us dollars for the pain and suffering both Defendants
8  committed against plaintiff the mental anguish and the Corruption and crimes committed against me plaintiff justifies
9  this reasonable request for Justice defendants with intent committed Rico Racketeering Perjury falsifying copyright dates
10 falsifying Government copyright Documents faking Government Documents and ████ the Federal Court Judge Dolly
11 Mao Gee - The Walt Disney company replaced plaintiffs Video with Disneys defendants video same title same subject
12 matter same exact dance moves choreography identically the same The Walt Disney Companies Imitation of Plaintiffs
13 work IS the Greatest form of Fraud & Perjury in Hollywood History Disney Defendants Rico & Racketeering crimes
14 proven by Disneys Mr Michael Feldmans on Dirty Disney company payroll Stole my professionally shopped work and
15 illegally sold my work to the Walt Disney company after removing my video from YouTube on Googles YouTube platform
16 this is an international Internet Interpol crime I plaintiff request a Jury Trial Dear People of the Court Defendants council
17 Rattorney Alexander Avery Myers committed Perjury on Both State & Federal Court decLIARations also Google has
18 posted Disneys crimes and both Defendants admit to removing plaintiffs video the FBI raided The Walt Disney company
19 on Walt Disney's birthday on December 5 2019 with plaintiffs name on the action Disney prove their satanic Disney
20 MUST have copyright action on December 7 2017 ? Walt Disney was born on December 5 & Walt Disney died on
21 December 15 I plaintiff win copyright action as the Copyright grid proves the truth that Defendants Disney council
22 Rattorney Alexander the fake Avery Myers commits perjury on decLIARations in both superior & Federal Court on United
23 States Government Documents Alexander the Fake Avery Myers is the Epitome & definition of corruption I allege
24 Disney ████ Federal Court Judge Dolly Mao Gee with intent to commit fraud proves Alexander the fake Avery Myers is
25 a Liar and committed felonious crimes and fooled ? Judge Dolly Mao Gee? I plaintiff request the arrest of Alexander
26 Avery Myers and His immediate Disbarment for crimes of international internet Interpol crimes of Injustice I plaintiff
27 respectfully request a NEW trial and for this court or an international court or Supreme court hearing plaintiffs request
28 for a NEW trial for violations of international Laws MUST be granted as Disgusting Disney & Michael Feldman still
29 claiming false authorship to plaintiffs work defendants attempting to falsify bribe and change United States Government
30 copyright Documents and faking copyright dates with Episode dates NO Respect for LAW is a obvious
31 addiction by defendants mikkky mouSStapo shenanigans are endless against me plaintiff from defendants Disney

crimes of intercepting court calls Intercepting Federal Court Mail so plaintiff is uninformed and unaware Defendants
send viruses to plaintiffs computer and defendants virus Plaintiffs cell phones defendants endless Terrorists threats to
me plaintiff to dismiss this case or else I filed a police report and was sent to the FBI who raided the Walt Disney
company on December 5 2019 defendants Disneys mouSStapo has plaintiff physically and mentally exhausted and very
ill when Defendants raped plaintiff for plaintiffs work is very Professional work Shopped by Columbia Pictures Legend
Walt moshay producer of Pippi Longstocking Mr Walter Moshay IS a Real Hollywood Legend who's worked with Lucille
Ball & Desi Arnaz John Wayne Robert Redford Milton Berle Sidney Poitier Robin Williams Dustin Hoffman Marlon Brando
& Me plaintiff and many very talented people who are to many to name my work is Sag /Aftra ASCAP
production Professionally produced & shopped by a true Hollywood producer & Legend with Respect    plaintiff
requests Jury Trial
                                        Claimant  HIGH SCHOOL MISERABLE.    thank You

*Briles —KEB*

2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

Registration Number

## TXu 1-716-711

Effective date of
registration:

May 22, 2009

---

## Title

Title of Work: HIGH SCHOOL MISERABLE

Previous or Alternative Title: High School Miserable 1 High School Miserable 2 High School Miserable 3

## Completion/Publication

Year of Completion: 2009

## Author

Author: Kenneth Edward Boyman

Author Created: A Musical play with a script called High School Miserable

Citizen of: United States

Year Born: 1963

Pseudonymous: Yes

## Copyright claimant

Copyright Claimant: Kenneth Edward Boyman

PO Box 5660, Santa Monica, CA 90409

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Kenneth Edward Boyman

---

Copyright Office notes: Regarding copyright claimant: no name given on application. Claim
registered in author's name as claimant. 37 CFR 202.3(a)(3).



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = high school miserable
Search Results: Displaying 4 of 4 entries

[ previous ] [ next ]



### *HIGH SCHOOL MISERABLE,*

**Type of Work:** Text
**Registration Number / Date:** TXu001716711 / 2009-05-22
**Application Title:** HIGH SCHOOL MISERABLE.
**Title:** HIGH SCHOOL MISERABLE.
**Description:** Print Material.
**Copyright Claimant:** Kenneth Edward Boyman, 1963- . Address: PO Box 5660, Santa Monica, CA 90409.
**Date of Creation:** 2009
**Alternative Title on Application:** High School Miserable 1 High School Miserable 2 High School Miserable 3
**Authorship on Application:** Kenneth Edward Boyman, 1963- (author of pseudonymous work): Citizenship: United States. Authorship: A Musical play with a script called High School Miserable.
**Copyright Note:** Regarding copyright claimant: no name given on application. Claim registered in author's name as claimant. 37 CFR 202.3(a)(3).
**Names:** Boyman, Kenneth Edward, 1963-

[ previous ] [ next ]

#### Save, Print and Email (**Help Page**)

Select Download Format   Full Record   ▼   [ Format for Print/Save ]

Enter your email address:   [ Email ]

Register of Copyrights
Copyright Office
Library of Congress
Washington, D.C. 20559

**REPORT ON THE**
**FILING OR DETERMINATION OF AN**
**ACTION OR APPEAL**
**REGARDING A COPYRIGHT**

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed he following copyright(s):

| ☑ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| | | United States District Court for the Central District of California, Western Division |
| KET NO | DATE FILED 12/7/2017 | |
| INTIFF nneth Boyman | | DEFENDANT Disney Enterprises, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| TXu001716711 | High School Miserable | Kenneth Boyman |
| PA0001773989 | Disney Sonny with a Chance "High School Miserable" | Disney Enterprises, Inc. |

Set Search Limits

Resort results by:

| # | Title < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| 1 | "HIGH SCHOOL MISERABLE". | DISNEY SONNY WITH A CHANCE : 2-08. "HIGH SCHOOL MISERABLE". | PA0001773989 | 2010 |
| 2 | High school miserable. | High school miserable. | V9904D678 | 2013 |
| 3 | High School Miserable. | High School Miserable. | V9905D197 | 2013 |
| 4 | HIGH SCHOOL MISERABLE. | HIGH SCHOOL MISERABLE. | TXu001716711 | 2009 |

MOTION

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| TXu001716711 | High School Miserable | Kenneth Boyman |
| PA0001773989 | Disney Sonny with a Chance "High School Miserable" | Disney Enterprises, Inc. |
| | | |
| | | |
| | | |

WebVoyage Titles

# Copyright

Help   Search   History   Titles   Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = high school miserable
Search Results: Displaying 1 through 4 of 4 entries

◁ previous | next ▷

Resort results by:

*(handwritten)* Disney Defendants Fool Judge With Episode #5

Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|-----------|------------------|------|
| [ 1 ] | "HIGH SCHOOL MISERABLE". | DISNEY SONNY WITH A CHANCE 2-08, "HIGH SCHOOL MISERABLE". | PA0001773989 | 2010 |
| [ 2 ] | High school miserable. | High school miserable. | V9904D678 | 2013 |
| [ 3 ] | High School Miserable. | High School Miserable. | V9905D197 | 2013 |
| [ 4 ] | HIGH SCHOOL MISERABLE. | HIGH SCHOOL MISERABLE. | TXu001716711 | 2009 |

*(handwritten)* ← Plaintiff

Set Search Limits

Resort results by:

Clear Selected   Retain Selected
◁ previous | next ▷

| Save, Print and Email (Help Page) | | |
|---|---|---|
| Records | Select Format: Full Record ▾ Format for Print/Save | |
| All on Page<br>○ Selected On Page<br>Selected all Pages | Enter your email address: | Email |

Search for high school miserable   Search by: Title (omit initial article A, An, The, El, La, Das etc.)   ▾ Item type: None
25 records per page ▾                          Submit | Reset

Help   Search   History   Titles   Start Over

WebVoyage Record View 1                                                   Page 1 of 1

# Copyright
*United States Copyright Office*

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = high school miserable
Search Results: Displaying 1 of 4 entries

◄ previous    next ►

*DISNEY SONNY WITH A CHANCE :*

Type of Work: Motion Picture
Registration Number / Date: PA0001773989 / 2012-01-12
Application Title: DISNEY SONNY WITH A CHANCE "HIGH SCHOOL MISERABLE" (2-08)
Title: DISNEY SONNY WITH A CHANCE 3-08, "HIGH SCHOOL MISERABLE".
Description: Videocassette (Betacam SP) : 1/2 in.
Copyright Claimant: DISNEY ENTERPRISES, INC., Transfer: Assignment. Address: 500 S. Buena Vista
St., Burbank, CA. 91521, United States.
Date of Creation: 2010
Date of Publication: 2010-04-18
Nation of First Publication: United States
Authorship on Application: Disney Channel, employer for hire; Domicile: United States. Authorship: Entire
motion picture.
Names: Disney Channel
DISNEY ENTERPRISES, INC.

◄ previous    next ►



Defendants
↓ Faking
Episode
Numbers
as
Copyright
Dates

### Save, Print and Email (Help Page)

Select Download Format  Full Record  ▼    Format for Print/Save

Enter your email address:                                        Email

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page  |  Library of Congress Home Page

WebVoyage Record View 1

# Copyright
United States Copyright Office

Help    Search    History    Titles    Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = high school miserable
Search Results: Displaying 1 of 4 entries

◁ previous    next ▷

*DISNEY SONNY WITH A CHANCE :*

**Defendants**
↓ **faking**
**Episode**
**Numbers**
**as**
**Copyright**
**Dates**

Type of Work: Motion Picture
Registration Number / Date: PA0001773989 / 2012-01-12
Application Title: DISNEY SONNY WITH A CHANCE "HIGH SCHOOL MISERABLE" (2-08)
Title: DISNEY SONNY WITH A CHANCE 2-08, "HIGH SCHOOL MISERABLE".
Description: Videocassette (Betacam SP) : 1/2 in.
Copyright Claimant: DISNEY ENTERPRISES, INC., Transfer: Assignment. Address: 500 S. Buena Vista St., Burbank, CA. 91521, United States.
Date of Creation: 2010
Date of Publication: 2010-04-18
Nation of First Publication: United States
Authorship on Application: Disney Channel, employer for hire; Domicile: United States. Authorship: Entire motion picture.
Names: Disney Channel
DISNEY ENTERPRISES, IN



---

Air date: April 18, 2010

Season number: 2

Episode number: 5

Help   Searcl

re about High School Miserable

It's the 5th or 8th
Episode faking Dates

Sonny With a Chance Wiki
https://sonnywithachance.fandom.com

## High School Miserable | Sonny With a Chance Wiki - Fandom

'High School Miserable' is the fifth episode of the second season of Sonny With a Chance. It aired on April 18th, 2010



WebVoyage Titles



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = high school miserable
Search Results: Displaying 1 through 4 of 4 entries.

previous    next

Set Search Limits

Resort results by: 

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|------------|------------------|------|
| [ 1 ] | "HIGH SCHOOL MISERABLE". | DISNEY SONNY WITH A CHANCE : 2-08. "HIGH SCHOOL MISERABLE". | PA0001773989 | 2010 |
| [ 2 ] | High school miserable. | High school miserable. | V9904D678 | 2013 |
| [ 3 ] | High School Miserable. | High School Miserable. | V9905D197 | 2013 |
| [ 4 ] | HIGH SCHOOL MISERABLE. | HIGH SCHOOL MISERABLE. | TXu001716711 | 2009 |

Set Search Limits

Resort results by:

Clear Selected    Retain Selected
previous    next

| Save, Print and Email (Help Page) | |
|---|---|
| Records | Select Format: Full Record ▾ Format for Print/Save |
| All on Page<br>Selected On Page<br>Selected all Pages | Enter your email address:                    Email |

Search for: high school miserable    Search by: Title (omit initial article A, An, The, El, La, Das etc.)    Item type: None

25 records per page ▾

Submit    Reset

Help  Search  History  Titles  Start Over

Contact Us · Request Copies · Get a Search Estimate · Frequently Asked Questions (FAQs) about Copyright    Copyright Office Home Page
Library of Congress Home Page

ebVoyage Record View 1.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = high school miserable
Search Results: Displaying 2 of 4 entries

◄ previous     next ►



*High school miserable.*

Type of Work: Recorded Document
Document Number: V9904D678
Date of Recordation: 2013-06-28
Entire Copyright Document: V9904 D678 P1
Title: High school miserable.

Title appears in Document:  #     Full Title

[ 1 ] Amazing Gassie & 19 other titles; musical compositions. By Scott Clausen.

◄ previous     next ►

Save, Print and Email (Help Page)

Select Download Format Full Record     Format for Print/Save

Enter your email address:                Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Copyright

Help    Search    History    Titles    Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = high school miserable
Search Results: Displaying 3 of 4 entries



*High School Miserable.*

**Type of Work:** Recorded Document
**Document Number:** V9905D197
**Date of Recordation:** 2013-06-28
**Entire Copyright Document:** V9905 D197 P1
**Title:** High School Miserable.
**Title appears in Document:**    #    **Full Title**
                                  | 1 |  Chaddy Chad Chad & 2 other titles: musical compositions / By Christopher Lee.



### Save, Print and Email (Help Page)

Select Download Format  Full Record  ▾        Format for Print/Save

Enter your email address:                          Email

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

10    predicate acts, those violations must be either counterfeiting or piracy and not

11    "garden variety" copyright infringement. *See Steward v. West,* 2013 U.S. Dist.

12    LEXIS 194238 at *14-15 (C.D. Cal. Sep. 6, 2013), *citing Stewart v. Wachowski,*

13    2005 U.S. Dist. LEXIS 46703 (C.D. Cal. June 13, 2005). Plaintiff's allegation of a

14    single copyright infringement of his work does not qualify as a predicate act of

15    racketeering activity.

16    Plaintiff clearly has thrown the word "RICO" into his Amended Complaint

## Copyright

Help    Search    History    Titles    Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = high school miserable
Search Results: Displaying 1 through 4 of 4 entries.

 previous | next

PerJurY

Resort results by: 

Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|-----------|------------------|------|
| [1] | "HIGH SCHOOL MISERABLE". | DISNEY SONNY WITH A CHANCE : 2-08, "HIGH SCHOOL MISERABLE". | PA0001773989 | 2010 |
| [2] | High school miserable. | High school miserable. | V9904D678 | 2013 |
| [3] | High School Miserable. | High School Miserable. | V9905D197 | 2013 |
| | HIGH SCHOOL MISERABLE. | HIGH SCHOOL MISERABLE | TXu001716711 | 2009 |



**ZURICH**

# Commercial Lines Policy

This policy consists of:
- Declarations
- Common policy conditions
- One or more coverage parts

A coverage part consists of:
- One or more coverage forms
- Applicable forms and endorsements

Empire Fire and Marine Insurance Company
13810 FNB Parkway, PO Box 542003
Omaha, Nebraska 68154-8003
Phone: 800-228-9283

A Stock Company

EM 35 49 (11-04)

Exhibit 13

**Plaintiffs Evidence of facts • Truth**

| FROM | 10/12/2008 | TO | 10/24/2008 | At 12:01 a<br>Your Mail |
|------|-----------|-----|-----------|------|

| RIPTION | Miscellaneous Production Operations |
|---------|-------------------------------------|

R THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TH
EE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

OLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PF
INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

CIAL GENERAL LIABILIT  Commercial

S AUTOMOBILE COVERAGE PART

**Defendants**

Sonny with a Chance

Disney

Network

Release

Michael Poryes

Jeffrey Obarme,

February 8, 2009 –
January 2, 2011

Related

Production

Executive producers    Brian Robbins
                       Sharla Sumpter Bridgett
                       Michael Feldman
                       Steve Marmel

Producer               Patty Gary Cox

Camera setup           Multi-camera

Production companies   Varsity Pictures

| Related | | Copyright Number | Date |
|---------|--|------------------|------|
| | DISNEY SONNY WITH A CHANCE 2011 HIGH SCHOOL MISERABLE | PA0001773989 | 201 |
| School miserable | High school miserable | V9904D678 | 201 |
| School Miserable | High School Miserable | V9905D197 | 201 |

02-07/24

# Commercial Lines Policy

EXIBIT 14

ZURICH

Boyman v. Disney Enterprises.pdf

12300 Wilshire Boulevard, Suite 400
Los Angeles, CA 90025-1020

...ican Insurance Company    U-GU-630-C (12/07)
Includes copyrighted material of ISO Properties, Inc. with its permission

## ...RCIAL GENERAL LIABILITY DECLARA...

...0113974    □ "X" If Supplemental Dec...

...ARINE INSURANCE COMPANY    AGENT
P.O. Box 542003
...154-8003

...man

FROM    10/12/2008    TO    10/24/2008    At 12:01 a.m
Your Mailin...

...I FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERM...
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS...

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| ...LIMIT | 1,000,000 | |
| ...ES RENTED TO YOU LIMIT | 100,000 | Any one premise |
| ...LIMIT | 5,000 | Any one person |
| ...TISING INJURY LIMIT | 1,000,000 | Any one person |
| ...TE LIMIT | 1,000,000 | |
| ...TED OPERATIONS AGGREGATE LIMIT | 1,000,000 | |

### DESCRIPTION OF BUSINESS

□ PARTNERSHIP    □ JOINT VENTURE    □ T...

...TY COMPANY    □ ORGANIZATION, INCLUDING A CORPORATION (BUT...
PARTNERSHIP, JOINT VENTURE OR LIMITED LIABIL...

...ON:    Miscellaneous Production Operations

### SCHEDULE OF FORMS
Entertainment Program

| | EFFECTIVE DATE |
|---|---|
| ...ED | 10/12/2008 |

...ion

| Title |
|---|
| Jacket - EF&M |
| Common Declarations |
| Schedule of Forms - Entertainment Program |
| Common Policy Conditions |
| New York Changes - Cancellation and Nonre... |
| New York Changes - Fraud |

10/12/2008

10/24/2008

TO

At 12:01 a.m. Standard Time...

1    act, the alleged one-time copyright infringement of his work.

2       A RICO Act claim must also allege an injury to business or property. *See* 18

3 U.S.C. § 1964(c). This injury must be a "concrete financial loss and not a mere

4 injury to a valuable intangible property interest. The loss must at least be an out-of-

5 pocket expenditure as a direct or indirect result of the racketeering activity." *Slade*

6 *v. Gates,* 2002 U.S. Dist. LEXIS 20988 at *13 (C.D. Cal. Oct. 3, 2002) (citations

7 omitted). Plaintiff has not alleged any financial loss as a result of the alleged

8 activity of Defendant.[1]

9       Finally, while RICO defines certain criminal copyright violations as

10 predicate acts, those violations must be either counterfeiting or piracy and not

11 "garden variety" copyright infringement. *See Steward v. West,* 2013 U.S. Dist.

12 LEXIS 194238 at *14-15 (C.D. Cal. Sep. 6, 2013), *citing Stewart v. Wachowski,*

13 2005 U.S. Dist. LEXIS 46703 (C.D. Cal. June 13, 2005). Plaintiff's allegation of a

14 single copyright infringement of his work does not qualify as a predicate act of

15 racketeering activity.

16       Plaintiff clearly has thrown the word "RICO" into his Amended Complaint



Help    Search    History    Titles    Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = high school miserable
Search Results: Displaying 1 through 4 of 4 entries.



previous | next

Resort results by: [ ]            Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|-----------|------------------|------|
| [1] | "HIGH SCHOOL MISERABLE". | DISNEY SONNY WITH A CHANCE : 2-08, "HIGH SCHOOL MISERABLE" | PA0001773989 | 2010 |
| [2] | High school miserable. | High school miserable. | V9904D678 | 2013 |
| [3] | High School Miserable. | High School Miserable. | V9905D197 | 2013 |
| | HIGH SCHOOL MISERABLE. | HIGH SCHOOL MISERABLE. | TXu001716711 | 2009 |

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

This is now the fourth motion to dismiss Defendant Disney Enterprises, Inc. has filed with this Court in response to *pro se* Plaintiff Kenneth Boyman's abusive and frivolous legal submissions. On November 21, 2016, this Court dismissed Plaintiff's prior complaint without prejudice because he failed to submit an opposition to Defendant's motion to dismiss. Plaintiff then resubmitted his papers to the state court, and the entire process began again. After removing the case, Defendant again moved to dismiss the Complaint and Plaintiff again failed to oppose the motion. Having been given two additional chances to file an amended complaint, Plaintiff finally filed something captioned as such, but which for the first time raised spurious allegations under the Racketeer Influenced and Corrupt Organizations Act ("RICO"). Defendant once again implores the Court to dismiss the Amended Complaint with prejudice and put an end to Plaintiff's repeated harassment of Defendant and his drain on judicial resources.

Plaintiff claims that he posted a video on YouTube in 2009, but Google and Defendant in 2010 conspired to remove and hide his video and replace it with a different video sharing the same title and subject matter. He asserts that this action violated RICO and suggests copyright infringement. On its face, therefore, the Amended Complaint, filed in 2016, is barred by the four-year statute of limitations for RICO claims and the three-year statute of limitations for copyright claims. Plaintiff alleges no acts by Defendant later than 2010 and does not claim delayed discovery of those acts. The Amended Complaint therefore must be dismissed.

As for the substance of Plaintiff's claims, the Amended Complaint baldly asserts that Defendant and Google violated RICO, engaged in racketeering, and "committed serious capitol [sic] crimes." It provides no further detail about this accusation. Beyond the fact that such conclusory allegations violate the *Iqbal/Twombly* pleading requirements, Plaintiff has not come close to stating a

Case 2:17-cv-08827-DMG-JEM Document 20 Filed 06/18/24 Page 20 of 48 Page ID #:24

1    amended complaint on November 7, 2017 and served Defendant on November 9,

2    2017. Defendant again removed the case to federal court and moved to dismiss.

3    Docket No. 1, 12. When Plaintiff again failed to file an opposition, this Court

4    granted Defendant's motion to dismiss but provided Plaintiff the opportunity to file

5    an amended complaint. Docket No. 15. After filing two miscellaneous documents

6    that were stricken by the Court, Docket Nos. 16-18, Plaintiff finally filed what he

7    captioned an Amended Complaint. Docket No. 19.

8        In his latest pleading, Plaintiff alleges that both Defendant and Google

9    violated the "Rico Act" by "committing racketeering in their unholy alliance" and

10    that they "committed serious capitol [sic] crimes." Am. Compl. at 1. He goes on to

11    allege that he posted a video on YouTube in 2009 and that in 2010 Defendant and

12    Google removed his video and replaced it with a different video containing the

13    same title and same subject matter. Am. Compl. at 2. He attaches numerous other

14    documents with no explanation, including an entire insurance policy, various print

15    outs from the United States Copyright Office website, and others. Among the

16    attachments are his earlier submissions to the Court describing his previous

17    allegations.

18   **III.**    **THE COMPLAINT FAILS TO STATE A CLAIM**

19      *A. Legal Standard Governing Motions to Dismiss*

20      Dismissal pursuant to Rule 12(b)(6) is proper where, as here, the Complaint

21    does not "contain sufficient factual matter, accepted as true, to 'state a claim to

22    relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009)

23    (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). Although courts

24    generally accept all factual allegations pleaded in the plaintiff's complaint as true

25    and construe them in the light most favorable to the plaintiff, *see Cahill v. Liberty*

26    *Mut. Ins. Co.*, 80 F.3d 336, 337-38 (9th Cir. 1996), it need not accept as true

27    unreasonable inferences or conclusory allegations cast in the form of factual

28    allegations. *See Twombly*, 550 at 554-55 (observing that "[f]actual allegations must

Case 2:24-cv-05147-GW-SK    Document 1-1    Filed 06/18/24    Page 21 of 48    Page ID
se 2:17-cv-08827-DMG-JEM   Document 20   Filed 03/02/18   Page 17 of 19   Page ID #:375

18

1  plaintiff must set forth what is false or misleading about a statement, and why it is
2  false." *Miron v. Herbalife Int'l, Inc.*, 11 Fed. Appx. 927, 930 (9th Cir. 2001). *See*
3  *also Lazar v. Superior Court*, 909 P.2d 981, 984-85 (Cal. 1996) (elements of fraud
4  under California law are (a) misrepresentation; (b) knowledge of falsity; (c) intent
5  to defraud; (d) justifiable reliance; and (e) resulting damage). Plaintiff does not
6  allege that Defendant made any statement at all, let alone a false or misleading one,
7  nor how he relied on it. He therefore fails to meet the requirements of Rule 9(b).
8  *See also Kearns v. Ford Motor Co.*, 567 F.3d 1120, 1125 (9th Cir. 2008) (Rule 9(b)
9  applies to state law claims in federal court); *Cafasso v. Gen. Dynamics C4 Sys.*, 637
10  F.3d 1047, 1054-55 (9th Cir. 2010) (claims of fraud must, in addition to pleading
11  with particularity, also plead plausible allegations).

12      Plaintiff also makes occasional statements referring vaguely to "crimes"
13  committed by Defendant but fails to specify which criminal statutes he believes
14  Defendant violated, and whether he seeks criminal prosecution or relief through a
15  private right of action. However, "'[i]t is well settled that a private citizen may not
16  use the courts as a means of forcing a criminal prosecution' . . . and thus 'an
17  individual may not bring criminal charges against someone by filing a complaint in
18  this Court.'" *Bailey v. Clarke*, 2012 U.S. Dist. LEXIS 181890 at *5-6 (S.D. Cal.
19  Dec. 21, 2012) (citations omitted). In addition, "[g]enerally, criminal statutes do
20  not confer private rights of action, and thus any party asserting such a private right
21  bears the burden of establishing its existence." *Id.* at *5 (dismissing claims where
22  plaintiff "provided no authority or argument supporting his implicit contention that
23  he may maintain a private right of action"). Plaintiff fails to do so.
24      To the extent Plaintiff attempts to assert claims for his family members, such
25  claims fail because Plaintiff lacks standing to assert a claim on their behalf. *See*
26  *Gonzales v. Cal. Dep't of Corr.*, 739 F.3d 1226, 1234 (9th Cir. 2014) ("Generally
27  speaking, 'a litigant must assert his or her own legal rights and interests, and cannot
28  rest a claim to relief on the legal rights or interests of third parties.'"), *quoting*

On Tue, Apr 30, 2019, 11:57 AM RAT DISNEY <ratdisney@gmail.com> wrote:
Please Read

--------- Forwarded message ---------
From: RAT DISNEY <ratdisney@gmail.com>
Date: Tue, Apr 30, 2019, 11:55 AM
Subject: Declaration of Real facts and Truth
To: RAT DISNEY <RATDISNEY@gmail.com>


I Walter Moshay attest to the facts that I am still personally involved in the production and shopping of the Sag/Aftra - ASCAP production High School Miserable created in 2008 called and registered as posted on YouTube 2009. A's   High School Miserable this very professional production criminally   hi jacked counterfeited sabotaged and stolen by piracy and fraud with criminal activities and criminal disneyvious intent with criminal knowledge to steal plaintiffs work in 2010 and not really registered till 2012 falsifying Government documents movie in 2012 twice again in 2013 ? Crimes against plaintiffs work is obviously a habit an addiction that is criminally insane that staggers the imagination proving both Defendants had knowledge and intent to defraud still claims copyright claimant and authorship to plaintiffs work defendants bribe Federal court judges and endlessly lie on decLIARations. Both Defendants in CONspiracy destroyed our project and any hopes of plaintiffs works on getting the proper funding to. Produce a full blown major motion movie picture and sound track this is the Truth. and. Real Facts that cannot be disputed nor in any way denied this case the truths and criminal acts & facts have been admitted by both Defendants as posted by Google - Thank U- Walter Moshay    producer of Pippi Longstocking

4/30/19



steven lobman high school miserable

High School Miserable - YouTube

YouTube › watch

**UPLOADED BY:**
highschoolmiserabl

**POSTED:**
Apr 27  2009

3:55

highschoolmiserable - YouTube

YouTube › user › highschoolmiserable

High School Miserable - Duration: 3 minutes, 55 seconds. 1,997 views; 8 years ago. This item has been hidden.


MySpace

Get Tough by Steven Lobman | Song | Free Mus...

Images may be subject to copyright.





MySpace



Classic - Steven Lobman By Steven Lobman (stevenlo...




PHOTO
MARKED FOR SCANNING

1 ENOUGH IS ENOUGH IT IS TIME FOR THE
2 SCHOOLS TO LAY DOWN THE RULES ACT
3 AND GET TOUGH KIDS TODAY HAVE IT
4 HARD WHEN THEIR GETTING BEAT UP IN
5 THE SCHOOL YARDs THE KIDS ARE
6 VIOLENT & VICIOUSLY MEAN    GOD
7 SAVE THE BOY THEY THINK IS A QUEEN.-i
8 GO TO SCHOOL FOR AN EDUCATION
9 WITH TROUBLED KIDS ON DRUGS AND
0 PROBATION HALF MY CLASS IS ON
1 MEDICATION WHATEVER HAPPENED TO
2 THE YOUTH OF THIS NATION I HAVE NO
3 RIGHTS TO FUSS THATS JUST THE WAY IT
4 IS IF YOU ARE A WUSS YOU GET BEAT UP
5 BY COOL KIDS TRAVERSING THE HALLS
5 GETTING TO CLASS AVOIDING THE
7 BULLIES THAT HAVE BEEN KICKING MY
8 ASS I WAS ROBBED, GOT PUNCHED ATE A
9 KNUCKLE SANDWICH FOR LUNCH AS I
1 AM RIDING ON THE BUS THEY ARE
1 TORTURING ME EVERY DAY I GO TO
2 SCHOOL I AM FEELING CRUELTIES YOU
1 HAVE TO LEARN TO WATCH YOUR BACK
5 BECAUSE SCHOOL IS MORE DANGEROUS
1 THAN IRAN OR IRAQ - IM SO TIRED OF
1 ALL THE VIOLENCE & RAGE IF I AM NOT
EDUCATED I WILL MAKE MINIMUM WAGE
-THE TEACHERS HAVE TO EDUCATE SO I
CAN GRADUATE  BULLIES BACK OFF
G.;zUS NERDS. A. BREAK I DONT WANT
TO SAY * DO YOU WANT FRIES WITH
THAT SHAKE ? * I FINALLY GOT A DATE I
TOOK HER TO THE PROM BUT THE PARTY
WAS CANCELED BECAUSE OF THE
THREAT OF A BOMB ENOUGH IS
ENOUGH ITS TIME TO GET TOUGH

## DEFENDANT DISNEY INC

1 I NEVER EVER BEEN TO PUBLIC SCHOOL OH
2 NO WHAT IS SHE DOING SHE IS TRYING TO
3 TELL US HOW MISERABLE SHE FEELS I
4 NEVER EVER FELT THAT IT WOULD BE SO
5 CRUEL BY SINGING LOOKS LIKE IT IT IS
6 ENDLESS WE ARE FRIENDLESS ITS
7 NOTHING BUT PAIN BECAUSE APPARENTLY
8 THE ONLY HIGH SCHOOL THESE GUYS
9 KNOW ARE THE MUSICAL ONE AND NO
10 ONE IN THIS DUMP KNOWS OUR NAME
11 ALRIGHT MARTHA GIVE ME A BOOST I
12 KNOW YOU THINK THIS IS PROBABLY MY
13 FAULT WE DO THE CATTY COMMENTS AND
14 THE CONSTANT ASSAULTS IT'S COOL I WAS
15 HERE ONCE AND IM STILL ALIVE SO LISTEN
16 IF YOU WANT TO SURVIVE INSIDE THIS
17 HIGH SCHOOL MISERABLE I NEVER
18 THOUGHT I WOULD BE INVISIBLE IN THIS
19 HIGH SCHOOL MISERABLE YOU GOT TO
20 KEEP BEING INDIVISIBLE IN THIS HIGH
21 SCHOOL MISERABLE SOMEONE GET ME
22 BACK ON T.V.  I THOUGHT THE GIRLS
23 HERE WOULD GO CRAZY FOR ME IF LOVE IS
24 A TEST I AM CLEARLY GETTING a D I NEVER
25 KNEW HOW HIGH MY UNDIES COULD GO
26 THERE IS TONS OF WEDGIES I DID NOT
27 KNOW LIKE THE HOODIE , THE HOURGLASS
28 , THE 360 SPIN THE PEGLEG , THE BAT . THE
29 BOWLING PIN , THE DONKEY , THE
30 MONKEY, MAN AM I SO SORE I CANNOT
31 BELEIVE THEIR IS 28 MORE NEAT !
32 SOMEONE GET ME BACK ON T.V.  AWAY
33 FROM HIGH SCHOOL MISERABLE HIGH
34 SCHOOL MISERABLE HIGH SCHOOL
35 MISERABLE HERES HOPING SOMEONE.
36 SOMEONE , GET US  BACK ON  T.V.

Writers Guild of America, West, Inc.
7000 West Third Street
Los Angeles, California, 90048-4329
Telephone: 323-782-4500
Fax: 323-782-4803

# Documentation of Registration

The Writers Guild of America, West, Inc. issues this certificate to:

KENNETH E. BOYMAN

for the material entitled:

HIGH SCHOOL MISERABLE

by the following:

KENNETH E. BOYMAN - Writer

Registration #:
Material Type: 1363634
Registered By: PLAY
KENNETH E. BOYMAN

Effective Date: 06/24/09
Expiration Date: 06/24/19

02/07/24

TOLWIN PSYCHIATRIC MEDICAL GROUP INC
3831 HUGHES AVENUE SUITE 50G
CULVER CITY, CA 90232
*PHONE: 310-280-9670    FAX: 310-280-9675*

11/13/18

To Whom It May Concern:

This is to confirm that Kenneth Boyman has been very psychologically and physically ill because he had won the copyright actions and was not informed that he had won. The judge dismissed his case and patient believes that the judge was biased and believed that she was bought by Disney Enterprises. He stated that he was threatened by Disney many times and they had blocked his calls. He was told that he was going to be beaten up.

Sincerely,

Michael Tolwin, MD

1

24

**TOLWIN PSYCHIATRIC MEDICAL GROUP INC**
3831 HUGHES AVENUE SUITE 506
CULVER CITY, CA 90232
*PHONE: 310-280-9670   FAX: 310-280-9675*

10/20/16

To Whom It May Concern:

This is to verify that patient, Kenneth Boyman, was strongly psychologically affected by the problems that he did not receive recognition for his creative work, "High School Miserable." This has strongly affected his psychologically state that I can attest to personally.

If you have further questions, please contact me.

Sincerely,

Michael Tolwin, MD



## SUNSET SCREENING ROOM

**To Whom It May Concern:**

8730 Sunset Blvd.
Los Angeles, CA 90069
Fax (310)657-5140
(310)652-1933

I am writing this letter on behalf of my very talented friend Kenneth Boyman. I have known Boyman for many years and have seen firsthand how his talents can be utilized in the world of Branding, Advertising and Marketing (B.A.M). This ad man extraordinarily brings to the table a combination of profound imagination and fun energy. He gives it to you straight and upfront. This visionary not only thinks outside the box, he kicks your ads so the ideas can flow and take flight.

Please give Boyman an opportunity to work for your company and you will be glad you did.

Walter Moshay
President
(Producer of Pippi Longstocking)





26





High School Miserable - Sonny With A Chance (Sunny Entre Estrelas)







High School Miserable

highschoolmiserable

highschoolmiserable – YouTube
YouTube › user › highschoolmiserable

High School Miserable – Duration: 3 minutes, 55 seconds. 1,913 views; 8 years ago. This item has been hidden.

27



**High School Miserable - YouTube**
YouTube › watch



3:55

UPLOADED BY:
highschoolmiserable

POSTED:
Apr 27, 2009

highschoolmiserable - YouTube
YouTube › user › highschoolmiserable

High School Miserable - Duration: 3 minutes, 55 seconds. 1,997 views; 8 years ago. This item has been hidden.

Detroit Free Press from Detroit, Michigan on March 29, 1866 ...
Newspapers.com › nowspage

In no instance, are the estimated expenses for school purposes; for the year ..... T a tSitf tTTf Mil Besoiatian far opening and extendlig Stephen street, In tbo ...

02/09/24



28

8730 Sunset Blvd.
Los Angeles, CA 90069
Fax (310)657-5140
(310)652-1933

To Whom It May Concern:

I am writing this letter on behalf of my very talented friend Kenneth Boyman. I have known Boyman for many years and have seen firsthand how his talents can be utilized in the world of Branding, Advertising and Marketing (B.A.M). This ad man extraordinarily brings to the table a combination of profound imagination and fun energy. He gives it to you straight and upfront. This visionary not only thinks outside the box, he kicks your ass so the ideas can flow and take flight.

Please give Boyman an opportunity to work for your company and you will be glad you did.

Plaintiff

Defendant

*[signature]*

Walter Moshay
President
(Producer of Pippi Longstocking)

**Step Up**

Permanent supportive housing · Mental health and Veteran services
Vocational training & job placement · Member-driven support & socialization
Services for transitional age youth & their families
Outreach & engagement services to end homelessness · Education & advocacy



**Daniel's Places**

June 10th, 2020

To whom it may concern,

I am writing to inform you that Mr. Kenneth Boyman did not receive any mail throughout the month of December. If you have any further questions, you can reach me directly at 323-895-3139

Thanks,

Rebecca Kennedy, ASW

Step Up On Second

1460 4th Street · Santa Monica · CA · 90401· 310.576.1208 x1245 ·



deadline.com

The Walt Disney Company rigorously acts to protect its own intellectual property, it apparently has developed business policies and a corporate culture that accept and encourage the unauthorized, and uncompensated use of others work."



ROGUE
0-3 SHIPS FREE



judge dolly gee immigration

Q    judge dolly gee bio

Q    judge dolly gee 2015

Q    central district of california

Ⓢ    Scribd › doc › Bribes-to-California-...

Bribes to California Judges Fictitious Wage Campaign contributions | United States ...

Writ Petition for Mandate, Prohibition and Certiorari of Judicial Bribes in ... Dolly M. Gee, Jan Levine, Gloria Molina, Don Knabe, Zev Yaroslavsky, Michael

▉    https://digitalcommons.law.scu.edu › ...    PDF

Boyman v. Disney - Santa Clara Law Digital Commons

Aug 14, 2018 · Ialliance of corruption to the Dishonorable federal. Court Judge Dolly M Gee who openly takes bribes. 23 from both Defendants as a fact Cannot ...

IMAGES                                    View All

32

**Verizon LTE    4:31 PM    ☀ 36%**

Q 🔍 dolly m gee bribes kirkland and elis

Testimony by: Honorable Dolly M. Gee, ...
Federal Judge Dolly Gee charged with
Misconduct, excepted Bribe ... Gee
excepted a $1Million bribe facilitated by
NFL executives & law firm Kirkland &
Ellis ...

M-Gee II Dolly body · don't trust any
×47th floor riddim. 2 years ago. 47th floor
riddim. ... Kirkland & Ellis attorneys to be
disbarred for helping NFL bribe judge Dolly
Gee. 3 months ago. Kirkland & Ellis ...

33

Verizon   LTE        5:17 PM        89%

🔍 dolly m gee bribes kirkland and elis

Showing results for dolly m gee bribes kirkland and *ellis*

Search instead for dolly m gee bribes kirkland and elis

**VIDEOS**

YouTube                                    YouTub



2:23                                        6:40

NFL execs. & law firm kirkland & ellis exposed 4 bribing judge dolly ...
Jun 26, 2018

Feder charg excep
Jun 24.

Judge says US must seek consent to medicate immigrant kids | WTOP

34

19:36

www.calameo.com



# FEDERAL JUDGE DOLLY GEE RULES JUDGE CAN STILL CLAIM IMMUNITY AFTER TAKING BRIBE FROM STATE BAR OF CA









2:57

# Google

🔍 judge Dolly M Gee corruption

All    News    Images    Videos    Shopping    Books

**W**    Wikipedia
https://en.m.wikipedia.org › wiki                    ⋮

## Dolly Gee

Dolly Maizie Gee (born July 1, 1959) is a United States
district judge of the United States District Court for the
Central District of California.

Early life and education    Federal judicial service    Notable

Missing: ~~corruption~~ | Show results with: corruption

Santa Clara Law Digital Commons
https://digitalcommons.law.scu.edu › ...    PDF    ⋮

## Boyman v. Disney

9 Alexander Avery Myers and the Corrupt Judge. Dolly M Gee
this Case is A Putrid display of Crime. 11 and Corruption that
Cannot be deniedai's Polluted. 12 ...

**B**    Ballotpedia
https://ballotpedia.org › Dolly_Gee    ⋮

## Dolly Gee

Dolly Maizie Gee is a federal judge for the United States
District Court for the Central District of California. She was
nominated to the court by President ...

Professional career    Judicial career    Noteworthy cases

◁    ◉    ▣

1    act, the alleged one-time copyright infringement of his work.

2         A RICO Act claim must also allege an injury to business or property. *See* 18

3    U.S.C. § 1964(c). This injury must be a "concrete financial loss and not a mere

4    injury to a valuable intangible property interest. The loss must at least be an out-of-

5    pocket expenditure as a direct or indirect result of the racketeering activity." *Slade*

6    *v. Gates*, 2002 U.S. Dist. LEXIS 20988 at *13 (C.D. Cal. Oct. 3, 2002) (citations

7    omitted). Plaintiff has not alleged any financial loss as a result of the alleged

8    activity of Defendant.[1]

9         Finally, while RICO defines certain criminal copyright violations as

10   predicate acts, those violations must be either counterfeiting or piracy and not

11   "garden variety" copyright infringement. *See Steward v. West*, 2013 U.S. Dist.

12   LEXIS 194238 at *14-15 (C.D. Cal. Sep. 6, 2013), *citing Stewart v. Wachowski*,

13   2005 U.S. Dist. LEXIS 46703 (C.D. Cal. June 13, 2005). Plaintiff's allegation of a

14   single copyright infringement of his work does not qualify as a predicate act of

15   racketeering activity.

16        Plaintiff clearly has thrown the word "RICO" into his Amended Complaint



**Copyright**
United States ...

Help    Search    History    Titles    Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = high school miserable
Search Results: Displaying 1 through 4 of 4 entries.

previous | next

Resort results by: [   ] [▼]                             Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|-----------|------------------|------|
| [1] | "HIGH SCHOOL MISERABLE". | DISNEY SONNY WITH A CHANCE : 2-08. "HIGH SCHOOL MISERABLE". | PA0001773989 | 2010 |
| [2] | High school miserable. | High school miserable. | V9904D678 | 2013 |
| [3] | High School Miserable. | High School Miserable. | V9905D197 | 2013 |
| [4] | HIGH SCHOOL MISERABLE. | HIGH SCHOOL MISERABLE. | TXu001716711 | 2009 |

37

9    The only claim explicitly made in Plaintiff's pleading is under RICO. But

10   civil RICO claims must be brought within four years of the alleged violations. *See*

11   *Pincay v. Andrews*, 238 F.3d 1106, 1108 (9th Cir. 2001). The Amended Complaint

12   plainly specifies that the actions complained of – the removal of Plaintiff's video

13   from YouTube and the posting of Defendant's video on YouTube – occurred in

14   2010. There are no allegations of any more recent action by Defendant. There are



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = high school miserable
Search Results: Displaying 1 through 4 of 4 entries.



Resort results by:

Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|------------|------------------|------|
| [ 1 ] | "HIGH SCHOOL MISERABLE". | DISNEY SONNY WITH A CHANCE : 2-08. "HIGH SCHOOL MISERABLE". | PA0001773989 | 2010 |
| [ 2 ] | High school miserable. | High school miserable. | V9904D678 | 2013 |
| [ 3 ] | High School Miserable. | High School Miserable. | V9905D197 | 2013 |

🔒 youtube.com

*Defendant Disney 2010*

*Defendant*

🔒 youtube.com

*Plaintiff Bowman 2009*



High School Miserable - Sonny With A Chance (Sunny Entre Estrelas)



*Plaintiff*

High School Miserable

highschoolmiserable  1,925 views

highschoolmiserable - YouTube
YouTube › user › highschoolmiserable

High School Miserable - Duration: 3 minutes, 55 seconds. 1,913 views; 8 years ago. This item has been hidden.







12:42

🏠 🔒 google.com/search?q=Sir+Chris    1️⃣    ⚙️

# Google    C

🔍 Sir Christopher Lee    🎤    📷

All    Images    Perspectives    Videos    News    Shopp

# Christopher Lee    ⋮

Actor and singer

( Overview )    Movies    Music groups    Songs




Sir Christopher Frank Carandini Lee CBE CStJ was an ⌄
English actor and singer. In a long career which
spanned over 60 years, Lee was known as an actor
with a deep and commanding voice, who ... Wikipedia

Born
**May 27, 1922**
Belgravia, London, Unit...

Died
**Jun 7, 2015**
Chelsea and...



📷 Instagram

I feel like telling

◁    ⊙    ▢

40

12:41



Go gle



scott clauson simpsons

All   Images   Videos   News   Shopping   Books

Did you mean: scott *clausen* simpsons

Wikisimpsons
https://simpsonswiki.com › wiki › S...

## Scott Clausen - Wikisimpsons, the Simpsons Wiki

May 8, 2022 — Scott Clausen (born May 8, 1974) is an American composer and son of Alf Clausen. He was an orchestrator for The Simpsons, although he is ...



Missing: clausen | Show results with: clausen

Images



Scott Clausen - Wikisimpsons,...
Wikisimpsons



Scott Clausen | Simpsons Musi...
Simpsons Music 500 ...





41

12:40

🔒 google.com/search?gs_ssp=eJ    ①    ⋮

≡    Go gle    C

🔍    michael feldman writer    🎤    📷

All    Images    Videos    News    Shopping    Books

# Michael Feldman

American television producer and writer



( Overview )    Movies and shows

Michael Feldman is an American television producer    ⌄
and writer. Some of his writing credits include The
Gregory Hines Show, Everybody Loves Raymond,
Temporarily Yours, That's So Raven, Cory ... Wikipedia

Movies And Shows    ⌄        TV Shows    ❭

         Nicky, Ricky,
Dicky & Dawn...

More about Michael Feldman    ❭

## People also ask    ⋮

What happened to Michael Feldman?    ⌄

How old is Michael Feldman?    ⌄

42

City of Santa Monica **Police Department**

Incident #: FBI - WEST LA

Reporting Officer: (310) 477-6565

@santamonicapd | santamonica.gov/police
333 Olympic Drive, Santa Monica CA 90401 • (310) 458-8495

7:35     

⌂   🔒 complaint.ic3.gov/#   ① 

 **FEDERAL BUREAU OF INVESTIGATION**   Search 🔍

 **Internet Crime Complaint Center (IC3)**

# You have successfully submitted your complaint.

Please save or print a copy of your report before closing this window or navigating away from this page. This is the only time you will be able to retain a copy of your complaint.

You do not need to submit any further complaints to IC3 regarding this crime but may do so if you wish to provide additional information that is vital to your report.

Print Report

## What happens now?

Thank you for taking action for yourself and others. Your complaint is now fully submitted.

The information you provided is appreciated and vital to fighting cyber crime across the globe. It helps us track and better understand these crimes as they happen and may support ongoing or new investigations.

Now that the we have received your report, you will only be contacted by the FBI or other law enforcement representative if additional information is needed. We also recommend you file a complaint with your local law enforcement agency. Additionally, if you've suffered a monetary loss, we recommend contacting your financial institution.




 **Draft** 10/22/2023

to ∨



On Sun, Oct 22, 2023, 2:48 PM Library of Congress Catalog
<no-reply@loc.gov> wrote:

Type of Work:    Text

Registration Number / Date:
          TXu001716711 / 2009-05-22

Application Title: HIGH SCHOOL MISERABLE.

Title:       HIGH SCHOOL MISERABLE.

Description:    Print Material.

Copyright Claimant:
          Kenneth Edward Boyman, 1963- .

Date of Creation:  2009

Authorship on Application:
          Kenneth Edward Boyman, 1963-   (author of
pseudonymous
          work); Citizenship: United States. Authorship: A
Musical
          play with a script called High School Miserable.

Alternative Title on Application:
          High School Miserable 1 High School Miserable 2
High School
          Miserable 3

Copyright Note:   Regarding copyright claimant: no name
given on application.
          Claim registered in author's name as claimant.
37 CFR
          202.3(a)(3).

Names:       Boyman, Kenneth Edward, 1963-

 

Registration Number / Date:
        TXu001716711 / 2009-05-22

Application Title: HIGH SCHOOL MISERABLE.

Title:        HIGH SCHOOL MISERABLE.

Description:    Print Material.

Copyright Claimant:
        Kenneth Edward Boyman, 1963- .

Date of Creation:  2009

Authorship on Application:
        Kenneth Edward Boyman, 1963-    (author of pseudonymous
            work); Citizenship: United States. Authorship: A Musical
            play with a script called High School Miserable.

Alternative Title on Application:
        High School Miserable 1 High School Miserable 2 High School
            Miserable 3

Copyright Note:    Regarding copyright claimant: no name given on application.
            Claim registered in author's name as claimant. 37 CFR
            202.3(a)(3).

Names:        Boyman, Kenneth Edward, 1963-

==============================
==============================
====================


++++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000